United States District Court
Southern District of Texas

**ENTERED**

July 09, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ERIK OLIVER AND THE RICHARDSON OLIVER LAW GROUP LLP, <br><br> Petitioners, <br><br> v. <br><br> EIGHT KHZ, LLC, <br><br> Respondent. | Civil Action No. 4:25-mc-00822 <br><br> Related to Action Pending in WESTERN DISTRICT OF TEXAS <br><br> Civil Action No. 6:22-cv-575-ADA-DTG |

**ORDER TRANSFERRING PETITIONERS' MOTION TO QUASH <u>SUBPOENAS AND/OR FOR PROTECTIVE ORDER</u>**

Before the Court is Petitioners Erik Oliver and the Richardson Oliver Law Group LLP's Motion to Quash Subpoenas And/or For Protective Order (the "Motion").

The Motion concerns subpoenas served by Respondent Eight KHZ, LLC, in connection with the litigation captioned *Eight KHZ, LLC v. Meta Platforms, Inc. et al.*, Case No. 6:22-CV-00575-ADA-DTG, currently pending in the U.S. District Court for the Western District of Texas (the "Underlying Action"). Federal Rule of Civil Procedure 45(f) provides that, "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Here, both parties consent to transfer of the Motion to U.S. Magistrate Judge Derek T. Gilliland, who is presiding over all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) in the Underlying Action (*see* Underlying Action, Dkt. 43).

It is hereby **ORDERED** that this action is **TRANSFERRED** to Magistrate Judge Derek T. Gilliland of the Waco Division of the U.S. District Court for the Western District of Texas.

IT IS SO ORDERED.

Signed at Houston, Texas on July 9, 2025.

Keith P. Ellison
United States District Judge